IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA
BY AND FOR THE BENEFIT OF
LAKE ERIE ELECTRIC OF
COLUMBUS, INC. (OHIO),**

      **Plaintiff,**

   v.

                                 Civil Action 2:22-cv-1055
                                 Magistrate Judge Elizabeth P. Deavers

**NORTH AMERICAN SPECIALTY
INSURANCE COMPANY,**

      **Defendant.**

## ORDER

On April 17, 2023, the parties filed a Joint Status Report and reported that they "have reached a settlement but have agreed to keep this case open for purposes of enforcement of the terms of the settlement agreement as necessary." (ECF No. 22.) The parties further requested that the matter "remain open for one more thirty (30) day period to allow the settlement to be complete." (*Id.*) For good cause, the parties' request is **GRANTED**. Accordingly, the parties are **ORDERED** to file a written **JOINT STATUS REPORT** detailing the status, but not the substance, of settlement negotiations on or before **MAY 18, 2023**, unless an appropriate dismissal entry is filed before that date.

     **IT IS SO ORDERED.**

**Date: April 18, 2023**                               */s/ Elizabeth A. Preston Deavers*
                                                         **ELIZABETH A. PRESTON DEAVERS
UNITED STATES MAGISTRATE JUDGE**